```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


CAMERON B. FOSTER,                    )
                                      )
         Plaintiff,                   )
                                      )
    vs.                               )    No. 4:05CV658-DJS
                                      )
EXECUTIVE OFFICE FOR                  )
UNITED STATES ATTORNEYS,              )
                                      )
         Defendant.                   )
```

## JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of defendant Executive Office for United States Attorneys and against plaintiff Foster on all plaintiff's claims.


Dated this  19th  day of April, 2006.


                                   /s/Donald J. Stohr
                                   UNITED STATES DISTRICT JUDGE